| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Elayna J. Youchah<br>Nevada State Bar No. 5837<br>**JACKSON LEWIS P.C.**<br>3800 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 921-2460<br>Email: youchahe@jacksonlewis.com<br><br>*Attorneys for Defendant*<br>*Dignity Health* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTY CUNNINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California based not-for-profit Corporation; and DOES and ROES I through XX, inclusive<br><br>Defendants. | Case No. 2:18-cv-01335-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Dignity Health ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., and pro per Plaintiff Kristy Cunningham ("Plaintiff"), hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint for one week from August 29, 2018 up to and including September 7, 2018. Defense counsel was recently retained in this matter and needs additional time to investigate the claims asserted in the Complaint to prepare a responsive pleading. Therefore, Defendant seeks a one week extension of time to prepare its responsive pleading or otherwise respond to the Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 23rd day of August, 2018.

                                          JACKSON LEWIS P.C.

/s/ Kristy Cunningham                 /s/ Elayna J. Youchah
Kristy Cunningham                     Elayna J. Youchah, Bar # 5837
12385 Loggeta Way                   3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89141             Las Vegas, Nevada 89169

*Pro Per Plaintiff*                           *Attorneys for Defendant*
                                                   *Dignity Health*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District/Magistrate Judge

Dated: August 27, 2018

Jackson Lewis P.C.
Las Vegas