Elayna J. Youchah
Nevada State Bar No. 5837
Lisa A. McClane
Nevada State Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com
       lisa.mcclane@jacksonlewis.com
*Attorneys for Defendant Dignity Health*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTY CUNNINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California based not-for-profit Corporation; and DOES and ROES I through XX, inclusive<br><br>    Defendants. | Case No. 2:18-cv-01335-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 11th day of December, 2018.

|  |  JACKSON LEWIS P.C. |
|---|---|
| /s/ Kristina S. Holman | /s/ Elayna J. Youchah |
| Kristina S. Holman, Bar No. 3742<br>3470 E. Russell Rd, Suite 202<br>Las Vegas, Nevada 89120 | Elayna J. Youchah, Bar No. 5837<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff*<br>*Kristy Cunningham* | *Attorneys for Defendant*<br>*Dignity Health* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: December 11, 2018